UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re                                                                                          Chapter 7

RO-AN INDUSTRIES CORPORATION,                           Case No. 1-09-50144-ESS

                              Debtor.

-----------------------------------------------------------------X

**APPLICATION PURSUANT TO SECTIONS 327 AND 328 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 FOR AN
ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN AND
EMPLOY GREINER MALTZ COMPANY OF NEW YORK, INC.
<u>AS REAL ESTATE BROKER TO CHAPTER 7 TRUSTEE</u>**

TO THE HONORABLE ELIZABETH S. STONG,
UNITED STATES BANKRUPTCY JUDGE:

       John S. Pereira, Chapter 7 Trustee (the "Trustee") of Ro-An Industries Corporation, the debtor (the "Debtor"), for his application (the "Application") pursuant to Sections 327 and 328 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") seeking authorization of his retention and employment of Greiner Maltz Company of New York, Inc. ("Greiner Maltz") as his real estate broker in this case, respectfully represents:

       1.     This case was commenced by the filing of an involuntary petition under Chapter 7 on November 16, 2009 in the United States Bankruptcy Court for the Eastern District of New York. On December 18, 2009, an Order for relief was entered by the Court in this case.

       2.     On January 27, 2010, the United States Trustee appointed John S. Pereira as the Chapter 7 Trustee.

3. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

4. Accordingly, the Trustee hereby requests entry of an Order authorizing him to employ Greiner Maltz, as real estate broker, and to retain Greiner Maltz pursuant to Section 327(a) of the Bankruptcy Code.

5. The professional services that Greiner Maltz is to render can be summarized, without limitation, as follows: to provide real estate brokerage service concerning the marketing and sale of all real property of the Debtor, including, but not limited to, real estate located at 64-20 Admiral Avenue, Middle Village, New York titled in the name of Patriot Realty LLC, of which Debtor is a the sole member.

6. Greiner Maltz is a disinterested person for this Estate as defined in Section 101(14) of the Bankruptcy Code. Greiner Maltz has informed the Trustee that it does not hold or represent any interest adverse to the Trustee or the Estate; and has no connection with the Debtor, its creditors or other parties in interest in this case, except as set forth in the Affidavit annexed to this Application as Exhibit "A", of John Maltz, the President of the firm of Greiner Maltz.

7. The Trustee seeks to retain Greiner Maltz because the Trustee believes that Greiner Maltz is well-qualified to represent him in this case.

8. The services of Greiner Maltz are necessary in order to enable the Trustee to continue to faithfully execute his duties and responsibilities. Greiner Maltz is willing to act on the Trustee's behalf in all of these respects.

9. Subject to the Court's approval, Greiner Maltz will charge the Estate for its services as set forth in the attached affidavit.

10. Greiner Maltz will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of the Court.

WHEREFORE, the Trustee requests entry of the prefixed Order which, among other things: (i) authorizes him to employ and retain the firm of Greiner Maltz as real estate broker in this case and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 6, 2010

/s/John S. Pereira
John S. Pereira
Chapter 7 Trustee
150 East 58th Street
New York, New York 10155
212-758-5777